JOSEPH HARKNESS v. TERRITORY.

No. A-46. Opinion Filed January 25, 1910.

(106 Pac. 558.)

APPEAL—Failure to File Record. The transcript of the record or case-made must be filed in this court within the time prescribed by the statute for taking an appeal, or this court will not acquire jurisdiction of the appeal, and it will be dismissed.

(Syllabus by the Court.)

*Appeal from District Court, Blaine County; M. C. Garber, Judge.*

Joseph Harkness was convicted of assault with intent to do bodily harm, and appeals. Dismissed.

*Lawrence H. Hampton,* for appellant.
*Charles L. Moore,* Asst. Atty. Gen., for the State.

FURMAN, PRESIDING JUDGE.    On the 28th day of October, 1907, judgment was rendered against the defendant.    The record was not filed in this court until December 3, 1908. Under the law in force at the date of the rendition of the judgment in this case, it was necessary that an appeal, in a criminal case, should be taken within one year after the date of the judgment. This time having expired before the record in this case was filed in this court, we are without jurisdiction to consider the case.    *Boneparte v. United States, ante,* p. 345, 106 Pac. 347, If a defendant can file a record in this court after the time for perfecting the appeal has expired, there would be no limit to the time in which an appeal could be perfected.

The appeal is therefore dismissed.

DOYLE and OWEN, JUDGES, concur.